[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 17-15567
Non-Argument Calendar

_____

D.C. Docket No. 1:16-cr-00339-LMM-LTW-1

UNITED STATES OF AMERICA,

Respondent -Appellee,

versus

AMILCAR JESUS DUARTEZ-ZEVAYOS,
a.k.a. Bigotes,
a.k.a. Don Chuy,

Petitioner- Appellant.

_____

Appeal from the United States District Court
for the Northern District of Georgia

_____

(January 17, 2019)

Before MARCUS, JORDAN, and ROSENBAUM, Circuit Judges.

PER CURIAM:

The Government's motion to dismiss this appeal pursuant to the appeal waiver in Appellant's plea agreement is GRANTED.  *See United States v. Bushert*, 997 F.2d 1343, 1350-51 (11th Cir. 1993) (sentence appeal waiver will be enforced if it was made knowingly and voluntarily); *United States v. Bascomb*, 451 F.3d 1292, 1297 (11th Cir. 2006) (appeal waiver "cannot be vitiated or altered by comments the court makes during sentencing"); *United States v. Grinard-Henry*, 399 F.3d 1294, 1296 (11th Cir. 2005) (waiver of the right to appeal includes waiver of the right to appeal difficult or debatable legal issues or even blatant error).